No. 18528—The Cincinnati Base Ball Club Company, a corporation, etc., vs. Victoria Eno. Error to the Court of Appeals of Hamilton County.

703. LANDLORD AND TENANT—1. Duty of lessor to exercise ordinary care to render premises safe for invitees.

829. NEGLIGENCE—Whether baseball club company or spectator on unscreened portion of grandstand during double-header practice game is guilty of negligence, is a question for the jury.

ALLEN, J.

1. One who expressly or by implication invites others to come upon his premises must exercise ordinary care to guard them against danger, and to that end he must exercise ordinary care to render the premises reasonably safe for the invitees.

2. Whether the management of a base ball club company in permitting practicing by its base ball team in close proximity of the unscreened section of the grandstand between the two games of a "double header" is guilty of negligence, or whether a spectator sitting

in the unscreened portion of the grandstand at the time of the practicing is guilty of contributory negligence, is a question of fact for the jury.

Judgment affirmed.

Marshall, C. J., Matthias, Kinkade and Robinson, JJ., concur.